IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 06-00130-01-CR-W-SOW |
| | ) | |
| KEVIN RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 5, 2006, the Grand Jury returned a seven count indictment against defendant Kevin Richardson. The indictment charges defendant Richardson with causing notices of child pornography to be published (Count One), distributing child pornography (Counts Two through Four), receiving child pornography (Count Five), and possessing child pornography (Count Six). Count Seven seeks criminal forfeiture.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Cynthia Phillips
      Case Agent: Detective Brian Roach
      Defense:     Robert Kuchar

**OUTSTANDING MOTIONS**: None as the Motion For Bench Trial-Waive Jury (doc #24) filed by defendant was denied on August 18, 2006.

**TRIAL WITNESSES**:
      Government:  6   with stipulations; 12 without stipulations
      Defendant:    2   witness, defendant may testify

**TRIAL EXHIBITS**:
      Government:   85  exhibits
      Defendant:     0  exhibits

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
( ) Definitely for trial  (x ) Possibly for trial   ( ) Likely a plea will be worked out

**TRIAL TIME:   2  days**
Government's case including jury selection: 1 ½  days
Defense case: ½  day

**STIPULATIONS**: The parties are working on four stipulations

**UNUSUAL QUESTIONS OF LAW: None.**

**FILING DEADLINES:**

**Witness and Exhibit List:** To be filed on Friday prior to the Pretrial Conference
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, August 23, 2006**
**Please Note**:  Jury instructions must comply with Local Rule 51.1.

**Motions in Limine:** None are planned by either side.

**TRIAL SETTING**:   This case is set on the August 28, 2006 Joint Criminal Jury Trial Docket.
**Please Note**: The individual assisting Mr. Kuchar at  trial will also be an assistant in the Michael Smith trial scheduled on this docket.  Defense counsel would request these cases not be set at the same time.

**IT IS SO ORDERED.**

                                                  */s/ Sarah W. Hays*
                                        SARAH W. HAYS
                                UNITED STATES MAGISTRATE JUDGE

2